NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TYRIQ S. WILSON, (Freedman),**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, STATE OF GEORGIA, STATE OF NORTH CAROLINA, STATE OF VIRGINIA, STATE OF PENNSYLVANIA, DEKALB SHERIFF'S FOUNDATION INC., COUNCIL OF MAGISTRATE COURT JUDGES, INC., GEORGIA CONFORMATION JUDGES ASSOCIATION INC., GWINNETT COUNTY POLICE FOUNDATION INC., ATLANTA POLICE FOUNDATION, INC., ATLANTA POLICE ASSOCIATION INC., ATHENS-CLARKE POLICE FOUNDATION, INC., GEORGIA DEPARTMENT OF PUBLIC SAFETY HISTORICAL SOCIETY, INC., TROOP C POST 9, TROOP A POST 28, STONE MOUNTAIN POLICE DEPARTMENT, STONE MOUNTAIN MUNICIPAL COURT, GWINNETT COUNTY RECORDERS COURT, GWINNETT COUNTY POLICE SOUTH PRECINCT, OCONEE COUNTY SHERIFF'S OFFICE FOUNDATION INC., STATE HIGHWAY PATROL TROOP G DISTRICT 6, DEPARTMENT OF STATE POLICE STATE TROOPER, KING OF PRUSSIA PSP TURNPIKE, ALLEGHENY COUNTY POLICE DEPT., SHIRLENE PARKS, HILTON, CRUZ, MARQUETTI, D. CLARK, TAYLOR, S. MAYE, THOMAS KUSTRA, CHARLES E. BAILEY, BRIAN K. ROSS, M. PEREZ, WESLEY G. PERSON,**

**UNKNOWN FEMALE CLERKS, M. WARE, D. RANDALL BROWN, R. MASON, ERIC WAYNE NORRIS, NOT DISCLOSED, JAMIE WILSON, COURTNEY BARKER, ARRINGTON, JOHN K. FINKBINER, CHRISTINE G. SCALISE, 5 OTHER OFFICERS NOT LISTED,**

*Defendants-Appellees*

————————

2024-2286

————————

Appeal from the United States District Court for the Northern District of Georgia in No. 1:24-cv-03602-MLB, Judge Michael Lawrence Brown.

————————

Before DYK, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

Tyriq S. Wilson filed this civil action against the United States, four states, and various state entities and individuals, seeking $1 million in damages. On August 28, 2024, Mr. Wilson filed a notice of appeal directed to this court. On October 22, 2024, this court directed the parties to show cause why this case should not be dismissed or transferred for lack of jurisdiction. No party responded.[1]

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office,

---

[1]    After the notice of appeal was filed, the district court entered its final judgment dismissing the case.

*see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). This case does not fall within that jurisdiction. We thus transfer to the United States Court of Appeals for the Eleventh Circuit, which would have jurisdiction over any appeal from a final decision. *See* 28 U.S.C. §§ 41, 1291.

Accordingly,

IT IS ORDERED THAT:

This appeal and all case filings are transferred to the United States Court of Appeals for the Eleventh Circuit.

FOR THE COURT

January 14, 2025
Date

Jarrett B. Perlow
Clerk of Court